UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

Plaintiff,

v.

Case No.:
1:08−cv−01159
Honorable Joan H. Lefkow

J. Diaz, Inc.

Defendant.

### ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: settlement conference.(mad, )Mailed notice.

Dated: May 13, 2008

/s/ Joan H. Lefkow

United States District Judge