IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>J. DIAZ, INC., <br><br>　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 08 C 1159 <br> ) <br> ) Honorable Judge Lefkow <br> ) <br> ) Magistrate Judge Schenkier <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR LEAVE TO WITHDRAW**

　　　　Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C. respectfully move this Court for the entry of an order granting them leave to withdraw their appearances on behalf of Defendant, J. Diaz, Inc., in the above captioned matter. In support of this motion, and in accordance with Local Rule 83.17 of the Local General Rules of the United States District Court for the Northern District of Illinois, Mr. Miller and Ms. Cahill state as follows:

　　　　1.　　On May 21, 2008, Mr. Miller received correspondence from Jacinta Diaz, President of J. Diaz, Inc., terminating the legal services agreement between J. Diaz, Inc. and Allocco, Miller & Cahill, P.C.

　　　　2.　　Accordingly, circumstances currently exist that permit withdrawal by Mr. Miller and Ms. Cahill of their representation of J. Diaz, Inc., specifically those grounds set forth in Local Rule 83.51.16(a)(4) and of the Local Rules of Professional Conduct for the Northern District of Illinois.

3.  Pursuant to Local Rule 83.51.16(d), Mr. Miller and Ms. Cahill have taken reasonable steps to avoid foreseeable prejudice to the rights of J. Diaz, Inc. and have given due notice to J. Diaz, Inc. of their withdrawal. Mr. Miller and Ms. Cahill will allow J. Diaz, Inc. time to employ other counsel and will deliver to J. Diaz, Inc. all papers to which it is entitled.

4.  J. Diaz, Inc.'s last known address is 11441 S. Belmont Drive, Plainfield, Illinois 60585.

WHEREFORE, Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C. request that this Court enter an Order granting them leave to withdraw as counsel of record for J. Diaz, Inc. in these proceedings, and for such other relief this Court deems just and appropriate.

**Allocco, Miller & Cahill, P.C.**

By:   /s/ Todd A. Miller
           One of Defendant's Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill, P.C.
3409 North Paulina Street
Chicago, Illinois 60657
(773) 868-4841