**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Plaintiffs, <br><br> v. <br><br> J. DIAZ, INC., <br><br> Defendant. | ) ) ) ) ) Case No. 08 C 1159 ) ) Honorable Judge Lefkow ) ) Magistrate Judge Schenkier ) ) ) ) ) |

**NOTICE OF MOTION**

**TO:**  Jacinta Diaz                             Daniel McAnally
       J. Diaz, Inc.                              Whitfield, McGann & Ketterman
       11441 S. Belmont Drive                     111 E. Wacker Drive, Suite 2600
       Plainfield, Illinois 60585                 Chicago, Illinois 60601

     PLEASE TAKE NOTICE that on Thursday, June 3, 2008, at the hour of 9:30 a.m., or soon thereafter as counsel may be heard, Defendant's attorney will appear before the Honorable Joan H. Lefkow, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1925, Chicago, Illinois, or such other Judge as may be sitting in her stead, and present the attached Motion for Leave to Withdraw.

                                               Respectfully submitted,

                                                   /s/ Todd A. Miller
                                                    Todd A. Miller

Todd A. Miller
Kathleen M. Cahill
Attorneys for Defendant
Allocco, Miller & Cahill, P.C.
3409 North Paulina Street
Chicago, Illinois 60657
(773) 868-4841

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on May 23, 2008 he electronically filed the foregoing documents (Notice of Motion and Motion for Leave to Withdraw) with the clerk of Court using the CM/ECF system, which will send notification of such to the following:

Daniel McAnally
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601

The undersigned further certifies that he mailed the above referenced document by certified mail and facsimile to the following non-CM/ECF participants the 23rd day of May 2008:

Jacinta Diaz
J. Diaz, Inc.
11441 S. Belmont Drive
Plainfield, Illinois 60585
Fax: 815-254-8611

                                                              /s/ Todd A. Miller
                                                               Todd A. Miller

Todd A. Miller
Kathleen M. Cahill
Attorneys for Defendant
Allocco, Miller & Cahill, P.C.
3409 North Paulina Street
Chicago, Illinois 60657
(773) 868-4841