# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1159 | **DATE** | 6/3/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional Council of Carpenters Fund vs. J. Diaz, Inc. | | |

**DOCKET ENTRY TEXT**

Motion of Todd A. Miller and Kathleen M. Cahill for leave to withdraw [12] their appearances on behalf of defendant is granted. Status hearing of 7/15/2008 is stricken and reset to 6/17/2008 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|