Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1159 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional Council vs. J. Diaz, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and concluded. Plaintiff's oral motion to enter dismissal order is granted. Enter Agreed Order of Dismissal. Case dismissed without prejudice with leave to reinstate on or before 12/15/2008. In the event a motion to reinstate is not filed on or before 12/15/2008, the case shall be deemed dismissed with prejudice without further order of court. Each party shall bear its own fees and costs. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01



FILED
2008 JUN 19 PH 3:50
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|