IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> J. DIAZ, INC. <br><br> Defendants. | Case No. 08 C 1159 <br><br> Judge Lefkow |

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

IT IS HEREBY ORDERED:

1. This case is dismissed without prejudice with leave to reinstate on or before December 15, 2008.

2. In the event a motion to reinstate is not filed on or before December 15, 2008, the case shall be deemed with prejudice without further order of the Court.

3. Each party shall bear its own attorney's fees and costs.


ENTERED:

_____
JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT JUDGE

DATED: 6-17-08