IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. ) ) ) ) | |
| Plaintiffs, ) ) ) ) | Case No. 08 C 1159 Judge Lefkow |
| v. ) ) | |
| J. DIAZ, INC. ) ) ) | |
| Defendant. ) | |

## MOTION FOR REINSTATEMENT AND FOR JUDGMENT

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to reinstate this case and enter judgment and in support state:

1. This is an ERISA trust fund case for delinquent contributions.

2. On June 17, 2008 this case was dismissed with leave to reinstate pursuant to the settlement of the parties. **Exhibit A**

3. On June 4, 2008, the Plaintiffs and Defendant entered into a settlement agreement, whereby the Defendant was to pay $80,000 in partial payments, **Exhibit B Settlement Agreement, ¶2**. If the Defendant defaulted on the payments, the Plaintiffs retained the right to reinstate this case and enter judgment for the balance owed on the payment arrangement, ¶4.

4. The Defendant defaulted on the settlement agreement by submitting the very first payments of $32,959.91 on an account that had been closed. The Defendant had no intention of honoring this settlement agreement. **Exhibit C**

5. As a result of the breach, the Defendant owes to the Plaintiffs the sum of $80,000.

WHEREFORE, Plaintiffs pray that this case be reinstated and that judgment be entered against the Defendant in the amount of $80,000.

> Respectively submitted,
>
> s/ DANIEL P. McANALLY
> Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700