# EXHIBIT LIST

### EXHIBIT A
Agreed Order of Dismissal

### EXHIBIT B
Settlement Agreement

### EXHIBIT C
Payments Made on Closed Account

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL COUNCIL )
OF CARPENTERS PENSION FUND, CHICAGO )
REGIONAL COUNCIL OF CARPENTERS WELFARE )
FUND, CHICAGO REGIONAL COUNCIL OF )
CARPENTERS APPRENTICE & TRAINEE FUND )
)
                Plaintiffs, )    Case No. 08 C 1159
)
)    Judge Lefkow
v. )
)
J. DIAZ, INC. )
)
               Defendants. )

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

IT IS HEREBY ORDERED:

1. This case is dismissed without prejudice with leave to reinstate on or before December 15, 2008.

2. In the event a motion to reinstate is not filed on or before December 15, 2008, the case shall be deemed with prejudice without further order of the Court.

3. Each party shall bear its own attorney's fees and costs.

ENTERED:

_____
JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT JUDGE

DATED: 6-17-08

Case 1:08-cv-01159  Document 16  Filed 06/17/2008  Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1159 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional Council vs. J. Diaz, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and concluded. Plaintiff's oral motion to enter dismissal order is granted. Enter Agreed Order of Dismissal. Case dismissed without prejudice with leave to reinstate on or before 12/15/2008. In the event a motion to reinstate is not filed on or before 12/15/2008, the case shall be deemed dismissed with prejudice without further order of court. Each party shall bear its own fees and costs. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

FILED
2008 JUN 19 PM 3:50
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT ("Agreement") is made and entered into on June 4, 2008, between the Chicago Regional Council of Carpenters Pension Fund, Welfare Fund and Apprentice and Trainee Program Fund ("Trust Funds") and J.Diaz, Inc. ("J. Diaz").

## RECITALS

WHEREAS, J. Diaz, is signatory to a Collective Bargaining Agreement ("CBA") with the Chicago Regional Council of Carpenters ("Union"); and

WHEREAS, the collective bargaining agreement and trust agreements require J. Diaz to submit monthly contributions to the Trust Funds based upon the hours of work performed by its carpentry employees; and

WHEREAS, J. Diaz submitted contribution reports for the period October 2007 through February 2008 totaling $67,023.00 ; and

WHEREAS, the Trust Funds filed a lawsuit for contributions, liquidated damages, interest and attorney fees, *08 C 1159, Trustees of the Regional Council of Carpenters et al. v. J.Diaz, Inc.* ("Lawsuit") ; and

WHEREAS, the parties to this Agreement have had the benefit of legal counsel and entered into this Agreement of their own free will and with full knowledge of the obligations contained herein; and

THEREFORE, IN CONSIDERATION OF THE MUTUAL COVENANTS CONTAINED HEREIN, THE FOLLOWING IS AGREED:

1

1.  **Recitals:** The recitals set forth herein are intended by the parties hereto to evidence their intent in executing this Agreement and to describe the circumstances surrounding its execution, and the parties hereto intend that this Agreement be construed in a manner consistent with the recitals. Accordingly, said recitals are, by express reference, made a part of the covenants herein, and this Agreement shall be construed in the light thereof.

2.  **Payment:** J. Diaz agrees to pay to the Trust Funds the sum of $80,000 representing contributions, liquidated damages, interest, and dues for the period October 2007 through February 2008 and attorney fees through the execution of this Agreement as follows:

    - ☐ $20,000 on or before June 4, 2008;
    - ☐ $10,000 on or before June 15, 2008;
    - ☐ $10,000 on or before July 15, 2008;
    - ☐ $10,000 on or before August 15, 2008;
    - ☐ $10,000 on or before September 15, 2008;
    - ☐ $10,000 on or before October 15, 2008;
    - ☐ $10,000 on or before November 15, 2008;

3.  **Reporting Obligations:** J. Diaz agrees that it will remain current in submitting its monthly contribution reports and contributions as required by the collective bargaining agreement and trust agreements.

4.  **Default:**   In the event of default pursuant to paragraphs 2 and 3, the Trust Funds shall have the right to reinstate this case and enter judgment for the balance owed on the payment arrangement. In the event of default pursuant to paragraph 2, J. Diaz shall have the right to cure the default within 14 days.

5.  **Entire Agreement:** This Settlement Agreement constitutes the entire agreement between the parties concerning the subject matter hereof and supersedes all prior and contemporaneous agreements, if any, between the parties relating to settlement of the Trust Funds' claim. In the event that any provision of this agreement is held to be invalid or unenforceable, the remaining provisions of this Agreement shall not be affected thereby, but shall continue in full force and effect.

6.  **Dismissal of Lawsuit:** After execution of this Agreement, trust fund legal counsel will propose an Agreed Order of Dismissal to the presiding judge consistent with this Agreement.

7.  **Withdrawal Liability**: It is expressly understood that this release does not cover any claims that may arise due to withdrawal liability.

8.  **Right to Audit**:   It is expressly understood between the parties that the Trust Funds preserve and have the right to audit J. Diaz in order to verify the accuracy of the contributions reported and have the right to collect any contributions shown to be owed including liquidated damages, interest, and attorney fees. This Agreement has no legal impact on these rights.

9.  **Execution in Counterparts:** This Agreement may be executed in multiple counterparts and each of such counterparts shall for all purposes be deemed to be an original, and all such counterparts shall together constitute one and the same instrument.

Chicago Regional Council of Carpenters Pension Fund, Welfare Fund and Apprentice and Trainee Program Fund by their duly authorized agent,

J. Diaz Company, Inc.

*[signature]*

Print Name: JACINTA DIAZ

---

James Rosemeyer
Contributions Manager

| | |
|---|---|
| Chicago Regional Council of Carpenters Pension Fund, Welfare Fund and Apprentice and Trainee Program Fund by their duly authorized agent, | J. Diaz Company, Inc. |
| *[signature]*<br>James Rosemeyer<br>Contributions Manager | Print Name:_____ |

# Exhibit C

**Exhibit C**

**Check 1 (No. 0998):**

- *071000301*
- 06/26/2008
- 6118331432
- This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
- RETURN REASON-D CLOSED ACCOUNT

Check details:
- No. 0998
- Date: 5-22-08
- Pay to the order of: Chicago District Council of Carpenters
- Amount: $20,000.00
- Twenty Thousand Dollars
- Bank of America
- For: Deposit for Contract
- Stamped: RETURN REASON-D CLOSED ACCOUNT
- JCS
- MICR: ⑂000998⑂ ⑊:081904808⑊: 29 1000 23940 2⑊  ⑊000 2000000⑊

**Check 2 (No. 0997):**

- *071000301*
- 06/26/2008
- 6118331431
- This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
- RETURN REASON-D CLOSED ACCOUNT

Check details:
- No. 0997
- Date: 5-30-08
- Pay to the order of: Chicago District Council of Carpenters
- Amount: $12,959.91
- Twelve thousand nine hundred and fifty nine 91/—
- Bank of America
- For: April Benefits - J. Diaz Inc.
- Stamped: RETURN REASON-D CLOSED ACCOUNT
- JCS
- MICR: ⑂000997⑂ ⑊:081904808⑊: 29 1000 23940 2⑊  ⑊0001295991⑊



RECITALS

WHEREAS, J. Diaz, is signatory to a Collective Bargaining Agreement ("CBA") with the Chicago Regional Council of Carpenters ("Union"); and

WHEREAS, the collective bargaining agreement and trust agreements require J. Diaz to submit monthly contributions to the Trust Funds based upon the hours of work performed by its carpentry employees; and

WHEREAS, J. Diaz submitted contribution reports for the period October 2007 through February 2008 totaling $67,023.00 ; and

WHEREAS, the Trust Funds filed a lawsuit for contributions, liquidated damages, interest and attorney fees, *08 C 1159, Trustees of the Regional Council of Carpenters et al. v. J.Diaz, Inc.* ("Lawsuit") ; and

WHEREAS, the parties to this Agreement have had the benefit of legal counsel and entered into this Agreement of their own free will and with full knowledge of the obligations contained herein; and

THEREFORE, IN CONSIDERATION OF THE MUTUAL COVENANTS CONTAINED HEREIN, THE FOLLOWING IS AGREED:

1

## Check

**0997**

DATE 5-30-08

PAY TO THE ORDER OF: Chicago District Council of Carpenters  $12,959.91

twelve thousand nine hundred and fifty nine 91/—  DOLLARS

Bank of America

FOR: April Benefits – J. Diaz inc –

⑆000997⑆ ⑆081904808⑆ 29100023940 21⑆

## Contribution Report

| ID | Name | Class | Worked | | Amount | Dues |
|---|---|---|---|---|---|---|
| 0697202 | AYALA JESSE M | 13-APP X | 106 | 106 | 2708.30 | 81.25 |
| 5037210 | AYALA JR ALEXANDER | 10-JNY X | 106 | 106 | 4215.62 | 126.47 |
| 2158367 | CORTES JR DANIEL | 13-JNY X | 53 | 53 | 1999.16 | 59.98 |
| 3960929 | DIAZ JR. MANUEL | 13-O/S X | 160 | 160 | 7982.40 | 239.47 |
| 3094725 | JACOBO ERIC | 13-APP X | 123 | 123 | 3019.65 | 90.59 |
| 0339713 | ORTEGA EDUARDO S. | 13-APP X | 91 | 91 | 2234.05 | 67.02 |
| 0148998 | ORTEGA JR SERGIO | 13-JNY X | 99 | 99 | 3937.23 | 118.13 |
| | | | 738 | 738 | $26,096.41 | $782.91 |

x 16.500 per hour  $ 12,177.00
+ (2) Total dues withheld  $ 782.91
= Subtotal  $ 12,959.91
Prior Balance Due or (Cr. Available)  $
Grand Total  $ 12,959.91

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

*X* INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

I certify the above is a true and complete report of actual hours worked by foremen, journeymen, apprentice carpenters, and does NOT include hours worked by any self-employed persons, owners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours reported herein.

Martin ?  PRESIDENT
REPORT MUST BE SIGNED
AUTHORIZED SIGNATURE  Jacinta Diaz
TITLE
CC-202-R 7/05
OWNER, PARTNER, OFFICER

---

Note (on Comfort Inn & Suites notepad, 15 E. Ohio Street Chicago, IL 60611, 888-775-4111, www.chicagocomfortinn.com):

Jim
MAY Benefits
will Be here NeXt Week