IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>J. DIAZ, INC.<br><br>          Defendant. | Case No. 08 C 1159<br>Judge Lefkow |

## NOTICE OF MOTION

Jacinta Diaz
J. DIAZ, INC.
11441 S. Belmont Drive
Plainfield, IL 60585

PLEASE TAKE NOTICE that on **Tuesday, July 22, 2008** I shall appear before the **Honorable Judge Lefkow** at approximately **9:30 a.m.** in Courtroom **1925** at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my motion for reinstatement and for judgment.

TRUSTEES of the CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on July 15, 2008, s/Daniel P. McAnally.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700