## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1159 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al. vs. J. Diaz, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for reinstatement and for judgment [19] is granted. Enter Judgment Order. Case reinstated and final judgment entered for plaintiffs and against defendant in the sum of $80,000. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

FILED
2008 JUL 22   PH12: 36
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|