GH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND<br><br>Plaintiffs,<br><br>v.<br><br>J. DIAZ, INC.<br>Defendant. | Case No. 08 C 1159<br><br>Judge Lefkow |

JUDGMENT ORDER

This matter coming before the Court pursuant to the Plaintiffs' motion for reinstatement and for judgment, due notice having been given and the Court being fully advised and having jurisdiction;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is reinstated and that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, J. DIAZ, INC., in the sum of $80,000.

ENTERED:

_____
JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT JUDGE

DATED: JUL 22 2008