IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS, PENSION, WELFARE and APPRENTICE TRAINEE FUNDS,<br><br>           Judgment-Creditor,<br>v.<br>J.DIAZ, INC.<br><br>           Judgment-Debtor,<br><br>NATIONAL CITY BANK<br><br>           Citation-Respondent. | Judge Lefkow<br>Case No. 08 C 1159 |

## **Motion for Turn Over**

Plaintiffs by their attorney, Daniel P. McAnally, pursuant to F. R. Civ. P. 69(a), move this Court for an entry of a turn over order and in support state:

1. On July 22, 2008, a judgment was entered in favor of the Plaintiffs and against the Defendant in the amount of $80,000. **(Exhibit A)**

2. As of the date of the filing of this motion there has been $0 received and applied towards the judgment amount leaving a balance of $80,000.

3. Plaintiffs issued and served a Citation to Discover Assets on third party, National City Bank.

4. On August 20, 2008, National City Bank answered the Citation indicating that it owed money to the Defendant in the amount of $44,596.61. **(Exhibit B)**

WHEREFORE, Plaintiffs pray that this Court order National City Bank to immediately turn over to the Plaintiffs the amount of $44,596.61 held pursuant to this action.

Respectfully submitted,

s/DANIEL P. McANALLY

ATTORNEY for the TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, WELFARE AND APPRENTICE TRAINEE FUNDS

Whitfield McGann & Ketterman
111 East Wacker Drive
Suite 2600
312/251-9700
Attorney No.: 6205288