# EXHIBIT LIST

<u>EXHIBIT A</u>
Judgment Order

<u>EXHIBIT B</u>
Third Party Respondent Answer to Citation Proceedings

# Exhibit A

**Exhibit A**

GH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND<br><br>Plaintiffs,<br><br>v.<br><br>J. DIAZ, INC.<br><br>Defendant. | Case No. 08 C 1159<br><br>Judge Lefkow |

JUDGMENT ORDER

This matter coming before the Court pursuant to the Plaintiffs' motion for reinstatement and for judgment, due notice having been given and the Court being fully advised and having jurisdiction;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is reinstated and that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, J. DIAZ, INC., in the sum of $80,000.

ENTERED:

_____
JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT JUDGE

DATED: JUL 2 2 2008

# Exhibit B

**Exhibit B**

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

National City Bank
_____, certifies under penalty of perjury pursuant to Sec. 1-109 of the Illinois Code of Civil Procedure
(Citation Respondent or Agent)

that the following statements are true and correct:

I. _____ Respondent has no property of the Defendant in its possession.

II. _____ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. ✓ Respondent has property that belongs or may belong to the Defendant as follows:

|     |                            | DEFENDANT'S BALANCE | AMOUNT WITHHELD |
|-----|----------------------------|---------------------|-----------------|
| A)  | Savings Account $          |                     |                 |
| B) ✓| Checking and/or Now Account $ | 44596.61         | $160,000.00     |
| C)  | Certificate of Deposit $   |                     |                 |
| D)  | Money Market Account $     |                     |                 |
| E)  | Trust Account $            |                     |                 |
| F)  | Wages, Salary or Commissions $ |                 |                 |
| G)  | Safety Deposit Box         |                     |                 |
| H)  | Land Trust No.             |                     |                 |
| I)  | Other Property (Describe)  |                     |                 |
| J)  | Additional Information Relating to Debtor's Property: |  |  |

   1. Adverse Claimant: Name_____ Address_____

   2. Right of Set Off: Basis:_____ Amount_____

   3. Exemption: Basis:_____ Amount_____

Total of funds in Respondent's possession available to be applied to the judgment. $ 44596.61

According to the records maintained by the Citation Respondent the above information is correct as of this date: 8-20-08

Respondent/Agent (Type or Print):

Agent Name_____

Business Name_____                    _____
                                                    Agent for Citation Respondent
Address_____

Phone_____