IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>J.DIAZ, INC.<br><br>　　　　Defendant. | Case No. 08 C 1159<br>Judge Lefkow |

### NOTICE OF MOTION

Jacinta Diaz  
J. Diaz, Inc.  
11441 S. Belmont Drive  
Plainfield, IL 60585  

National City Bank  
4100 W. 150th Street  
Cleveland, OH 44135  

PLEASE TAKE NOTICE that on **Thursday, September 4, 2008** I shall appear before the Honorable Judge Lefkow at approximately 9:30 a.m. in Courtroom 1941 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Turn Over.

　　　　　　　　　TRUSTEES of the CHICAGO REGIONAL
　　　　　　　　　COUNCIL OF CARPENTERS PENSION
　　　　　　　　　FUND, et al.

　　　　　　　　　s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Turn Over via U.S. first class mail to the person/s to who said Notice is directed on August 28, 2008, s/Daniel P. McAnally.

Whitfield McGann & Ketterman  
111 E. Wacker Drive  
Suite 2600  
Chicago, IL 60601  
312/251-9700  
Attorney No. 6205288