# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1159 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Trustees of Chicago Regional Carpenters vs. J. Diaz, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for turn over [24] is granted. Enter Turn Over Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

FILED
2008 SEP -8 PM 3:07
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|