

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS, PENSION, WELFARE and APPRENTICE TRAINEE FUNDS,<br><br>    Judgment-Creditor,<br><br>v.<br><br>J.DIAZ, INC.<br><br>    Judgment-Debtor,<br><br>NATIONAL CITY BANK<br><br>    Citation-Respondent. | Judge Lefkow<br>Case No. 08 C 1159 |

## Turn Over Order

This cause coming on to be heard before the Court on Plaintiffs' Motion for a Turn Over; due notice having been given, the Court having jurisdiction and being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. That the Citation-Respondent is ordered to turn over funds of the Defendant that it is currently holding pursuant to a served Citation in the amount of $44,596.61.

2. That said funds shall be turned over to the Plaintiffs through their attorney to satisfy in part the judgment entered herein.

3. That a judgment in the sum of $44,596.61 is hereby entered against National City Bank and in favor of J. Diaz, Inc. f/u/o the Trustees of the Chicago Regional Council of Carpenters, Pension, Welfare and Apprentice Trainee Funds.

4. That the citation freeze remains in effect until otherwise ordered by the Court or agreed to by the Plaintiffs.

ENTERED:

_____
JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT JUDGE

DATED: 9-4-08

2